UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cr-00068-SEB-MJD |
| | ) | |
| KYLE MORRIS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 22, 2024, the Magistrate Judge submitted his Report and Recommendation (ECF No. 88) regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision pursuant to Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583. The parties waived the fourteen-day period to object to the Report and Recommendations.  The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date:   05/31/2024

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all parties of record via CM/ECF.
Electronic Notice to USPO
Electronic Notice to USM-C

–1–